O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRIAN LICHTENBERG,LLC, a California limited liability company; BRIAN LICHTENBERG, an individual, | ) ) ) ) | Case No. CV 13-06837 DDP (PJWx) |
| | ) | |
| Plaintiff, | ) | **ORDER TO SHOW CAUSE RE: FAILURE** |
| | ) | **TO APPEAR AT FINAL PRE-TRIAL** |
| v. | ) | **CONFERENCE** |
| | ) | |
| ALEX & CHLOE, INC., a California corporation; CHRISTOPHER WALTER LICHTENBERG, an individual; MARKED SHOWROOM, LLC, a Californai limited liability company; JACQUELINE YI, an individual; TU TRAN, an individual KYLE MOCKETT, an individual; KAYTEE ENRIGHT, an individual, | ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) ) ) | |

Plaintiffs are ordered to show cause why this case should not be dismissed for failure to appear at the final pre-trial conference.  The final pre-trial conference took place, as scheduled, on May 16, 2016.  No party appeared, including Plaintiffs, who are represented by counsel.  Nor did any party,

1   including Plaintiffs, file any pre-trial documents.

2        The court notes that it has stricken the Answers of three of
3   the Defendants (Dkts. 129, 131).  Nevertheless, on April 30, 2016,
4   Plaintiffs requested that the Clerk enter default against all seven
5   Defendants.  As recognized by the Clerk's office Notice of
6   Deficiency (Dkt. 137), that request was improper.  Accordingly, the
7   Clerk's office entered the default of only those three Defendants
8   whose Answers have been stricken.  (Dkt. 139).

9        The Clerk's entry of default against some of the Defendants in
10  this matter did not relieve Plaintiffs of their obligations to
11  attend the pre-trial conference and to file the necessary pre-trial
12  documents.  Plaintiffs are hereby ordered to file an explanatory
13  statement, not to exceed five pages, (1) explaining Plaintiffs'
14  failures with respect to the pre-trial conference and (2) laying
15  out how Plaintiffs intend to proceed against the remaining
16  Defendants, should this case go forward.  Failure to comply with
17  this Order by May 20, 2016 shall result in the dismissal of this
18  action.

19

20  IT IS SO ORDERED.

21

22

23  Dated: May 16, 2016

24                              DEAN D. PREGERSON
                                United States District Judge

25

26

27

28

                                   2