1

2

3

4

5                                                                    JS - 6

6

7

8                        UNITED STATES DISTRICT COURT

9                        CENTRAL DISTRICT OF CALIFORNIA

10

11   BRIAN LICHTENBERG,LLC, et al  )   Case No. CV 13-06837 DDP (PJWx)
                                   )
12                 Plaintiff,      )
                                   )   ORDER OF DISMISSAL
13        v.                       )
                                   )
14   ALEX & CHLOE, INC., et al     )
                                   )
15                 Defendants.     )
     _____)

16

17   Plaintiffs have failed to comply with this court's Order to Show

18   Cause Re: Failure to Appear at Final Pre-Trial Conference.   In

19   accordance with that Order, this matter is DISMISSED, with

20   prejudice.

21   IT IS SO ORDERED.

22

23   Dated: May 27, 2016

24                                      DEAN D. PREGERSON

25                                      United States District Judge

26

27

28